UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILLY MONROE (#103355)

VERSUS

TROY PORET, ET AL.

CIVIL ACTION

NO. 13-376-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated March 31, 2014. Plaintiff has filed an *Objection*[3] which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, Defendants' *Motion to Dismiss*[4] is granted in part, dismissing all of the Plaintiff's claims except the Plaintiff's claim that the Defendants were deliberately indifferent to his safety when they housed in him in a cell with a known mentally ill inmate. This matter is referred back to the Magistrate Judge for further proceedings on the Plaintiff's deliberate indifference claim.

Baton Rouge, Louisiana the 28 day of April, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 27.
[3] Rec. Doc. 29.
[4] Rec. Doc. 25.