UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILLY MONORE (#103355)

VERSUS

TROY PORET, ET AL.

CIVIL ACTION

NO. 13-376-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated January 27, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Second Motion for Summary Judgment*[4] is DENIED, and the Defendants' *Second Cross Motion for Summary Judgment*[5] is GRANTED dismissing the Plaintiff's deliberate indifference to safety claim.

Signed in Baton Rouge, Louisiana, on <u>March 11, 2015</u>.

_____
**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 70.
[3] Rec. Doc. 72.
[4] Rec. Doc. 56.
[5] Rec. Doc. 49.